IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| **DIGITAL VERIFICATION SYSTEMS, LLC,** § § § | |
| Plaintiff, § | Case No: 1:21-cv-00623-CFC |
| § | |
| vs. § | PATENT CASE |
| § | |
| **PACTORA, INC. d/b/a ZOMENTUM,** § § | |
| Defendant. § § § | |

## NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE

Plaintiff Digital Verification Systems, LLC ("Plaintiff" or "DVS") files this Notice of Voluntary Dismissal Without Prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i). According to Rule 41(a)(1)(A)(i), an action may be dismissed by the plaintiff without order of court by filing a notice of dismissal at any time before service by the adverse party of an answer. Accordingly, Plaintiff hereby voluntarily dismisses this action against Defendant Pactora, Inc. d/b/a Zomentum without prejudice, pursuant to Rule 41(a)(1)(A)(i) with each party to bear its own fees and costs.

| | |
|---|---|
| Dated: July 29, 2021 | Respectfully Submitted, |

*/s/David W. deBruin*
David W. deBruin (#4846)
Gawthrop Greenwood, PC
3711 Kennett Pike, Suite 100
Wilmington, DE 19807
302-777-5353
ddebruin@gawthrop.com

**ATTORNEYS FOR PLAINTIFF**
